UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

CHRISTOPHER (BRUCE) THE
LIVING MAN and ELIZABETH
(BRUCE) THE LIVING WOMAN

      Plaintiff

v

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:18-cv-00223-RGE-CFB

WILLIAM A. PRICE; WILLIAM KELLY; CAROL EGLY; JEANNE VAUDT; ROBERT J. BLINK; ANASTASIA HURN; EMILY NIEMAN; STEPHANIE RHINEHART; KATIE GOSCH; LINDA LANE; JOHN P. SARCONE; JESSE RAMIREZ; KEVIN BELL; STEPHANIE BROWN; KEVIN J. BROWNELL; GRANT DUGDALE; KATHERINE MILLER-TODD; JAKE LANCASTER; ALYSSA WILSON; GARY BELLINGHAUSEN; JEANNE MUNSON; KYLE THIES; NEWBURY LIVING; NANCY ELSCOTT; THE DES MOINES REGISTER; DARREN TROMBLAY; JEFFREY PITTS; DALE MAYS; PAUL WHITE; LUCAS TAYLOR; ASHLEY CRONBAUGH; and ANTHONY REED,
      Defendant

    DECISION BY COURT. This action came before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED: This case is dismissed. Cost are taxed to Plaintiffs Christopher Bruce and Elizabeth Bruce.

Date: September 21, 2018                 CLERK, U.S. DISTRICT COURT

                                              /s/ Donnell Vance
                                              By: Deputy Clerk